# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

RYAN STANBURY, Individually and )
On behalf of all others similarly situated, )
) Case No. 17-03396-CV-W-BP
    Plaintiff, )
vs. )
)
T-MOBILE USA, INC. and SUNRISE )
COMMUNICATIONS, INC., )
)
    Defendants. )

## CLERK'S ORDER OF DISMISSAL

On the 13th day of February, 2018, the parties herein having filed a Notice of Stipulation Of Dismissal Of Action Without Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice.

                         AT THE DIRECTION OF THE COURT

                         Paige Wymore-Wynn, Clerk of Court
                          **/s/ Kelly McIlvain**
                         Deputy Clerk

Date: 2/13/2018